1  RYAN L. DENNETT, ESQ.
   Nevada Bar No. 005617
2  rdennett@dennettwinspear.com
   **DENNETT WINSPEAR, LLP**
3  3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada  89129
4  Telephone:    (702) 839-1100
   Facsimile:    (702) 839-1113
5  *Attorneys for Defendant,*
   *PROGRESSIVE DIRECT INSURANCE*
6

7                UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

9  SEAN ANTHONY GARCIA; MARIA
   JOANNE CRUZ,
10                                          CASE NO. 2:15-cv-02264-JCM-PAL
                            Plaintiff,
11                                          **STIPULATION AND ORDER FOR**
   vs.                                      **DISMISSAL WITH PREJUDICE**
12
   PROGRESSIVE DIRECT INSURANCE
13 COMPANY; and DOES 1 – 20, inclusive,

14                          Defendants.

15       IT IS HEREBY STIPULATED by and between KRISTOPHER M. HELMICK, ESQ., of the

16 RICHARD HARRIS LAW FIRM, attorneys for Plaintiffs, SEAN ANTHONY GARCIA and MARIA

17 JOANNE CRUZ, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP,

18 attorneys for Defendant, PROGRESSIVE DIRECTI INSURANCE COMPANY, that the within

19 matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

IT IS FURTHER STIPULATED that Defendant's "Emergency Motion" to Compel Arbitration filed on February 12, 2016 [Doc #11] is moot, as the parties have agreed to dismiss this matter and proceed to binding arbitration through a private arbitrator.

DATED: 3/21/16

RICHARD HARRIS LAW FIRM

By /s/
KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs,*
*Sean Anthony Garcia*
*Marie Joanne Cruz*

DATED: 11 March 2016

DENNETT WINSPEAR, LLP

By /s/
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Defendant*
*Progressive Direct Insurance Company*

### ORDER

UPON STIPULATION of counsel and good cause appearing,

IT IS SO ORDERED.

DATED: March 23, 2016

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

DENNETT WINSPEAR, LLP

By /s/
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,*
*PROGRESSIVE DIRECT INSURANCE*

2